# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sharae Mayes, | Case No.: 2:17-cv-01136-JAD-VCF |
| Plaintiff | |
| v. | **Notice of Intent to Dismiss Under Local Rule 41-1** |
| David G. Hirz, et al, | |
| Defendants | |

To: Plaintiff Sharae Mayes

Local Rule 41-1 provides that "All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte of on the motion of an attorney or pro se party."

Be advised the official record in this action reflects that no party has taken action in this case in more than 270 days. If no action is taken in this case by 3/21/2020, the court will dismiss and close this case without prejudice for want of prosecution.

DATED: February 20, 2020.

Debra K. Kempi, Clerk of Court

By: /s/ Danielle Cacciabaudo
Deputy Clerk